# Court of Appeals
# of the State of Georgia

ATLANTA, September 14, 2012

*The Court of Appeals hereby passes the following order:*

**A13A0102.  RAYMOND SALAS, JR. v. BIG LOTS STORES, INC. f/k/a CONSOLIDATED STORES CORP., et al.**

Raymond Salas, Jr., filed this direct appeal from the superior court's order affirming the decision of Appellate Division of the State Board of Workers' Compensation.  We lack jurisdiction.

Pursuant to OCGA § 5-6-35 (a) (1), a party seeking to appeal "from decisions of the superior courts reviewing decisions of the State Board of Workers' Compensation"  must comply with the discretionary appeal procedures set forth in OCGA § 5-6-35.  Because Salas failed to follow these procedures, his appeal is hereby DISMISSED for lack of jurisdiction.



Court of Appeals of the State of Georgia
    Clerk's Office, Atlanta, 09/14/2012
    *I certify that the above is a true extract from* the minutes of the Court of Appeals of Georgia.
        *Witness my signature and the seal of said court* hereto affixed the day and year last above written.


, *Clerk.*